IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | **8:26 cr . 013** |
| v. | : | |
| **MICHAEL CORSER,** | : | **INDICTMENT**<br>**18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)** |
| Defendant. | : | **THOMAS M. ROSE** |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1: Possession of Child Pornography
### [18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)]

On or about November 13, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CORSER**, knowingly possessed and accessed with the intent to view at least one matter which contains any visual depiction that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant **MICHAEL CORSER**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or

received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to:

(1) Apple iPhone 12, Model A2172, serial number HH1NV0CJ0DXP, IMEI number 356540883492295.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

S/

F O R E P E R S O N

DOMINICIK S. GERACE II
United States Attorney

CHRISTINA MAHY
Assistant United States Attorney

2