IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.   3:26-CR-00013-01 |
| vs. | : | Judge Thomas M. Rose |
| MICHAEL CORSER, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY DENYING DEFENDANT'S
MOTION TO AMEND BOND CONDITIONS**

---

This matter is before the Court on Defendant's Motion to Amend Bond Conditions (Doc. No. 14) wherein, the Defendant requests he be allowed to attend his son's high school graduation on May 24, 2026.   In consideration of Defendant's motion, the Court has also reviewed the Pretrial Service Report (Doc. No. 9) filed on March 3, 2026, and the Order Setting Conditions of Release (Doc. No. 10) issued by Magistrate Judge Peter Silvain on March 5, 2026.   Further, the Court would take note that the Government and Pretrial Services raise objections to Defendant's request.

Pursuant 18 U.S.C. §3142(c), the Court finds by clear and convincing evidence that it cannot be reasonably assured that allowing Defendant's request would not endanger the safety of the community.   The term "safety of the community" refers to the community's security from criminal conduct by the Defendant, whether violent or not.   *See United States v. Vance*, 851 F. 2d 166, 169 (6th Cir. 1988) (recognizing that community safety concerns focus on not only the safety of particular individuals, but also on the safety of the community as a whole).

Therefore, this Court finds Defendant's Motion to Amend Bond Conditions (Doc. No. 14) not well-founded and **DENIES** the same.

IT IS SO ORDERED.

*s/ Thomas M. Rose*

Dated: March 18, 2026

_____

Thomas M. Rose
United States District Judge